UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMALA MARIA DUPLESSIS,

                Plaintiff,

v.

T.J. MAXX OF CALIFORNIA, LLC

                Defendant.

Case No 4:25-CV-08870-JST

**[PROPOSED] ORDER REMANDING CASE**

The Court, having reviewed the Joint Stipulation to Remand filed by the parties, and good cause appearing therefor, hereby ORDERS as follows:

1. This action is hereby REMANDED to the San Mateo Superior Court, Case No. 25-CIV-01178;

2. All currently scheduled dates and deadlines in this Court are hereby VACATED; and

3. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Dated: _____May 6_____ , 2026

_____
HON. JON S. TIGAR
United States District Judge

1
[PROPOSED] ORDER